IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA BRUNSON,** *Individually and as Administratrix of the ESTATE OF DOROTHEA C. BRUNSON*, *deceased*, | : : : : : | |
| **Plaintiff,** | : | CIVIL ACTION |
| v. | : : | NO. 09-3341 |
| **THE UNITED STATES OF AMERICA c/o US DEPT. OF HEALTH & HUMAN SERVICES,** | : : : : | |
| **Defendant.** | : : : | |

# ORDER

AND NOW, this ___ of November, 2009, upon consideration of Defendant's Motion for Judgment (Doc. 6), and Plaintiff's Response thereto (Doc. 8), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.